

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00477-CV

David **SAB**,
Appellant

v.

Kathryn **SAB**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12373 DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellant's Motion for Temporary Relief is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court